Motion granted. The Court finds that the the decree is fair, adequate, and reasonable, as well as consistent with the public interest.
/s/ John R. Adams
U.S. District Judge
12/18/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REPUBLIC STEEL,<br><br>Defendant. | Civil Action No. 5:22-cv-02163<br><br>The Honorable John R. Adams |

**UNITED STATES' RENEWED UNOPPOSED MOTION TO ENTER REVISED PROPOSED CONSENT DECREE**

The United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), respectfully requests that this Court enter the revised proposed Consent Decree, which is attached as Exhibit 1. For the Court's convenience, a comparison version showing the redline changes to the original proposed Consent Decree is attached as Exhibit 2. The revised proposed Consent Decree is substantively the same as the proposed Consent Decree that was lodged in this case on December 1, 2022, and moved for entry on February 6, 2023. *See* ECF No. 2-1 and ECF No. 5. The immaterial changes only pertain to the start date requirements for the Defendant Republic Steel to implement the compliance provisions to account for the recent idling of its steel manufacturing facility in Canton, Ohio.

As explained in the accompanying Memorandum, the Parties revised the proposed Consent Decree to address the recent idling of Defendant's Canton, Ohio facility by changing the trigger dates for the compliance obligations to take effect prior to any planned operations of the facility, rather than following the Date of Entry. The revised Consent Decree is substantively the same as the initial proposed Consent Decree, as it still requires the Defendant to: (1) comply with

1