ABSTRACT OF JUDGMENT
NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|---|
| Republic Steel<br>TIN - xxxxx5783<br>2633 8th St. NE<br>Canton, OH 44704 | | UNITED STATES OF AMERICA |
| **Amount of Judgment(s)** | **Name(s) and Address(es) Attorney(s)** | **Entry Date of Judgment(s)** |
| $1,097,650.80, which reflects (i) $990,000 as a civil penalty with interest accruing from the Date of Lodging (consent decree ¶ 8) and (ii) a stipulated penalty of 0.25% of the unpaid principal amount per day for each day that the payment is late (consent decree ¶ 51) as of April 5, 2024. | Joseph J. Froliklong (DC: 1613008)<br>Assistant United States Attorney<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH 44113<br>Phone:  216-622-3818<br>E-mail: Joseph.Froliklong@usdoj.gov<br>Fax: (216) 522-2404 | December 18, 2023<br>Case #: 5:22CV2163 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE, U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

I certify that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.



Date: ___4/9/2024_____

Sandy Opacich, Clerk of Court

By: ___s/Gina Page_____
    Deputy Clerk